EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  | Queja |
|---|---|
| In re: | 2002 TSPR 146 |
| Víctor M. Lebrón Cintrón | 158 DPR _____ |

Número del Caso: TS-2420

Fecha: 1/noviembre/2002

Colegio de Abogados de Puerto Rico:
                  Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional
      (La suspensión es efectiva a partir del 7 de noviembre de 2002, fecha en que se le notificó al abogado el Per Curiam y Sentencia)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor M. Lebrón Cintrón                    TS-2420

PER CURIAM

San Juan, Puerto Rico a 1 de noviembre de 2002

Mediante moción informativa, de fecha 26 de febrero de 2002, el Colegio de abogados de Puerto Rico nos informó que el abogado notario Víctor Lebrón Cintrón tenía "...al descubierto el pago de la fianza notarial, la cual venció en el mes de octubre de 2001".

**En vista a lo anterior, y mediante Resolución de fecha 30 de abril de 2002, le concedimos el término de veinte (20) días al Lcdo. Lebrón Cintrón para que mostrara causa "por la cual no debe ser suspendido del ejercicio de la notaría. <u>Se apercibe al notario que el incumplimiento con los términos de esta Resolución conllevará la suspensión del ejercicio</u>**

de la notaría y podrá dar lugar a sanciones disciplinarias adicionales". (Énfasis suplido.)

El Lcdo. Lebrón Cintrón no compareció. Ello no obstante, y mediante escrito de fecha 21 de junio de 2002, el Colegio de Abogados nos informó, en lo pertinente, que:

> "    2.   ...posteriormente llegó a nuestro conocimiento que el Lcdo. Víctor Lebrón Cintrón se encuentra en un trámite de renuncia como notario ante la Oficina de Inspección de Notarías desde el 12 de abril de 2002.
>     3. ...este abogado nunca notificó al Colegio de su trámite de renuncia y aparecía activo como notario en nuestro récord y con una deuda de $90.00 correspondiente al año 2001 al 2002, vencida el 29 de octubre de 2001.
>     4. ...la obligación de este notario era pagar la fianza en su fecha de vencimiento, según lo dispone la Ley Notaria. Esta obligación no está condicionada a la naturaleza de su práctica, por lo tanto se informa al Tribunal que este notario adeuda $90.00."
> (Énfasis suplido.)

Atendida la anterior información, mediante Resolución de 3 de julio de 2002[1], expresamos y resolvimos:

> "En la moción informativa que radicara el Colegio de Abogados de Puerto Rico el 25 de junio de 2002, dicha institución recomienda se elimine al abogado Víctor Lebrón Cintrón como querellado en el caso de epígrafe, no obstante adeudar éste la suma de $90.00 por concepto de fianza notarial, por razón de que dicho abogado se encuentra en trámite de renuncia al ejercicio de la notaría.
>     Se provee no ha lugar a dicha solicitud.
>     Se le concede al querellado Lebrón Cintrón el término de veinte (20) días, contado el mismo a partir de la fecha de notificación de la presente Resolución, para cumplir con el pago de la misma, conforme le ordenáramos mediante Resolución de fecha 30 de abril de 2002, luego de lo cual el Tribunal resolverá." (Énfasis suplido.)

---

[1] Resolución emitida por una Sala de Verano integrada por el Juez Asociado señor Rebollo López, como su Presidente, la Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Hernández Denton.

La anteriormente transcrita Resolución le fue enviada al Lcdo. Lebrón Cintrón mediante correo certificado y acuse de recibo, <u>siendo recibida por éste, personalmente, el 13 de julio de 2002</u>. No obstante el período de tiempo transcurrido, el Lcdo. Víctor Lebrón Cintrón <u>ni</u> ha pagado la suma de dinero antes mencionada <u>ni</u> ha comparecido ante el Tribunal, en forma alguna, para informarnos el por qué de su contumaz conducta.[2]

I

Resulta obvio que el Lcdo. Víctor Lebrón Cintrón <u>no</u> interesa continuar practicando la honrosa profesión de abogado en nuestra jurisdicción.

Reiteradamente hemos expresado que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. <u>In re: Guemarez Santiago</u>, res. el 30 de junio de 1998, 98 TSPR 102.

Por las razones antes expresadas, procede separar, de forma inmediata e indefinida, del ejercicio de la profesión de abogado y de la notaría a Víctor Lebrón Cintrón, hasta que otra cosa disponga este Tribunal; le imponemos a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País.

---

[2] En el día de hoy, el Colegio de Abogados de Puerto Rico nos ha certificado que el Lcdo. Víctor Lebrón Cintrón no ha

Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes.

El Alguacil del Tribunal Supremo procederá a incautarse de la obra notarial de Víctor Lebrón Cintrón, incluyendo su sello notarial, debiendo entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

---

satisfecho la mencionada deuda y que, por el contrario, adeuda al día de hoy la suma de $180.00 por concepto de fianza notarial.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor Lebrón Cintrón                    TS-2420

SENTENCIA

San Juan, Puerto Rico, a 1 de noviembre de 2002

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la profesión de abogado y de la notaría de Víctor Lebrón Cintrón, a partir de la notificación de esta Opinión Per Curiam y hasta que otra cosa disponga este Tribunal. Le imponemos a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados, e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra notarial de Víctor Lebrón Cintrón, incluyendo su sello notarial, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el examen e informe a este Tribunal.

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y los Jueces Asociados señora Naveira de Rodón y señor Fuster Berlingeri no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo